1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

EDGARDO M. RUIZ,                          )     No. C 02-4636 JSW (PR)
                                          )
10          Plaintiff,                     )     **ORDER DENYING CERTIFICATE**
                                          )     **OF APPEALABILITY**
11    vs.                                  )
                                          )
12   MIKE KNOWLES, WARDEN,                 )
                                          )
13          Defendant.                     )     **(Docket No. 25)**
     _____    )

14
15
16
17

        Petitioner, a prisoner of the State of California, filed a petition for a writ of habeas

corpus challenging the validity of his State conviction.  On November 10, 2005, this

Court entered an order denying the petition on the merits. On November 23, 2005,

Petitioner filed a notice of appeal (docket no. 24) and a motion for a certificate of

appealability pursuant to 28 U.S.C. § 2253©) and Federal Rule of Appellate Procedure

22(b) (docket no. 25).

        A judge shall grant a COA "only if the applicant has made a substantial showing

of the denial of a constitutional right."  28 U.S.C. § 2253©)(2).  Petitioner has not

demonstrated "that reasonable jurists would find the district court's assessment of the

constitutional claims debatable or wrong."  *Slack v. McDaniel,* 529 U.S. 473, 484 (2000).

Accordingly, the request for a certificate of appealability is DENIED (docket no. 25).

The Clerk of Court shall forward this order, along with the case file, to the United States

Court of Appeals for the Ninth Circuit from which Petitioner may also seek a certificate

of appealability.  *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

IT IS SO ORDERED.

DATED:   April 12, 2006

_____
JEFFREY S. WHITE
United States District Judge